RUBEL CORPORATION and SAMUEL RUBEL, Respondents and Appellants, v. SAMUEL ROSOFF, IRVING ROSOFF, RICO HOLDING CORPORATION, ROSOFF ICE CORPORATION and RICO ICE CORPORATION, Appellants and Respondents, and SAMUEL H. KRONE, Defendant.— Order directing an examination of the plaintiffs before trial modified by permitting an examination as to items numbered 13, 29,

35, 36, 47, 48, 49, 50, 52, 57 and 60 in the notice of motion, in addition to the items allowed in the order; the examination as to items 2, 11, 12, 13, 48, 49 and 50 to be limited to transactions prior to February 22, 1934, and as so modified affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Taylor and Close, JJ., concur.